UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Case Number: CV07-03825 CRB
**CV07-03826CRB**
**CV07-03827CRB**
**CV07-03828CRB**

In re SHIRLEY REMMERT,

Petitioner,

**CERTIFICATE OF SERVICE**

_____ /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 2, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shirley V. Remmert 1112552
Women's Correctional Center
Dorm C-34
1590 Maple Street
Redwood City, CA 94063

Dated: August 2, 2007

Richard W. Wieking, Clerk
By: Barbara Espinoza, Deputy Clerk